UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                              :

UNITED STATES OF AMERICA,
                                              :

           - v -                        DEFAULT JUDGMENT

$11,998.75 in United States         07 Civ. 7054 (SHS)
Currency                                      :

                  Defendant-in-rem.  :
------------------------------------x

       WHEREAS, on August 7, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem ("defendant currency") by the filing of a verified complaint; and

       WHEREAS, on August 9, 2007, notice of the verified complaint was sent by certified mail, return receipt requested, to Jason Hoag, at ████████████, Youngsville, NY, 12791; Bobbi Jo Grabek, at ████████, Swan Lake, NY 12783; and Michael D. Altman, Esq., as counsel for Jason Hoag, at P.O. Box 835, South Fallsburg, NY 12770.  Notifying them of their right to file a claim and answer and contest the forfeiture; and

       WHEREAS, on or about August 16, 2007, the notice which was mailed to Jason Hoag was returned unopened by the U.S. Postal Service due to an incorrect street number and address.  A second notice letter was subsequently mailed to Jason Hoag, on August 17, 2007, at ████████████████, Swan Lake, NY 12783.

WHEREAS, the foregoing are the only individuals known by the Government to have a potential interest in the defendant currency; and

WHEREAS, notice of the verified complaint and in rem warrant against the defendant currency was published in the New York Law Journal one time on October 12, 2007, as required under Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, and proof of such publication was filed with the Clerk of this Court on December 11, 2007; and

WHEREAS, no claims or answers have been filed or made in this action, and no other parties have appeared to contest the action to date, and all statutory-allotted time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America,

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the defendant currency.

2. The defendant currency be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshal for the Southern District of New York shall dispose of the defendant currency according to law.

Dated:  New York, New York
        January 3, 2008

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE